# United States Court of Appeals
## For the First Circuit

---

No. 08-2533

UNITED STATES OF AMERICA,

Appellee,

v.

CALVIN SEBASTIAN,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on July 16, 2010, is amended as follows:

On page 6, line 3, replace "is" with "are"

One page 6, line 4, place "that it was not" with "they were not"